Commonwealth ex rel. Sims, Appellant, *v.*
Cavell.

Submitted March 20, 1963.   Before RHODES, P. J.,
ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and
FLOOD, JJ.

*William Sims,* appellant, in propria persona.

*John F. Hassett* and *Arlen Specter,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, April 18, 1963:

The order of the Court of Common Pleas No. 6 of Philadelphia County is affirmed on the opinion of Judge MAURICE W. SPORKIN for the court below, reported at 29 Pa. D. & C. 2d 395.